UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 23 Cr. |
| LUIS GARCIA, | |
| Defendant. | |

23 CRIM 604

The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Luis Garcia
Defendant

_____
Witness

_____
Clay Kaminsky
Attorney for Defendant

Dated: New York, New York
       November 15, 2023