# Federal Defenders
## OF NEW YORK, INC.

MEMO ENDORSED

ORIGINAL
Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 16, 2023

**BY EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

23 CRIM 604

Re: <u>United States v. Luis Garcia,</u>
23 Cr. ____ (ALC)

Dear Judge Carter:

I write on behalf of both parties memorialize the bail conditions for Mr. Garcia's release that the Court set on the record on November 15, 2023. The Court ordered Mr. Garcia released on a $400,00 personal recognizance bond to be signed by Mr. Garcia and six financially responsible cosigners and subject to the following additional conditions:

- Pretrial supervision as directed by Pretrial Services;
- A curfew to be set at this discretion of Pretrial Services and enforced by electronic monitoring;
- Travel restricted to the Southern and Eastern Districts of New York;
- The surrender of any travel document and no new applications;
- Maintenance and documentation of verifiable employment;
- Drug testing and treatment as directed by Pretrial Services; and
- No possession of a firearm, destructive device, or other weapon.

The Court further ordered that Mr. Garcia may be released once the conditions are met and once he has obtained verification of his employment.

We ask the Court to endorse this letter to serve as the written order of the Court.

SO ORDERED:

/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE  11-16-23

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Jaclyn Delligatti