**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 4, 2024

**BY ECF AND EMAIL**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/4/24

**Re:** **United States v. Luis Garcia,**
**23 Cr. 604 (ALC)**

Dear Judge Carter:

I write to request that the Court modify Mr. Garcia's bail conditions by replacing the current curfew condition with standalone GPS monitoring.

A curfew is no longer appropriate both because of Mr. Garcia's track record of compliance with Pretrial supervision and because of his overtime employment. Mr. Garcia is currently working two jobs—at the juice bar and the cruise ship—to provide for his large family and often comes home at 11:00 p.m. or later. The curfew is therefore not adding much to his supervision beyond what standalone GPS monitoring would provide. But the curfew conditions prevents Mr. Garcia from working additional available evening custodial shifts at the cruise ship to earn more money.

Pretrial Services has no objection to this request. The government defers to Pretrial Services.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Jaclyn Delligatti
USPSO Evelyn Alvayero

The application is **GRANTED**.
So Ordered. /s/ Andrew L. Carter 1/4/24